SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00316-SI-1** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **FRANK ACOSTA-LOYA,** | |
| **Defendant.** | |

**Introduction**

In August 2024, Oregon State Police troopers stopped and searched a vehicle driven by defendant and occupied by co-defendant Brianda Chavez. During the search, troopers located and seized approximately two kilograms of fentanyl. The government recommends a sentence on the low end of the guideline range followed by five years of supervised release and a $100 fee assessment.

## I. FACTUAL BACKGROUND

### A. The Offense Conduct

On or about August 1, 2024, an Oregon Police state trooper conducted a traffic stop on a vehicle driven by defendant near Woodburn, Oregon. Co-defendant Brianda Chavez was the sole passenger. During the stop, a state trooper deployed a K9 which alerted to the odor of narcotics

coming from the vehicle. Troopers searched the vehicle and seized approximately 2,001 grams of fentanyl.

Defendant was arrested and transported to the Oregon State Police Salem Area Command Office in Salem, Oregon. After a brief stay, defendant escaped law enforcement custody and was arrested later that day by a Turner Police Department officer in Turner, Oregon.

The government recommends a two-level enhancement, pursuant to Section 3C1.1 of the USSG, based on defendant's flight following his arrest. The elements of the obstruction charge are as follows: (1) defendant willfully obstructed or impeded or attempted to obstruct of impede the administration of justice with respect to the investigation, prosecution, or sentencing and (2) the obstructive conduct related to defendant's offense.

The government finds that defendant's conduct clearly meets the above elements, where defendant fled from lockup after being transferred from his location on a highway to a state police office. This was not a "mere flight in the immediate aftermath of a crime," as defendant contends in his objection to the PSR. *United States v. Garcia*, 909 F.2d 389, 392 (9th Cir. 1990). Instead, defendant's flight came after an investigation and search that took over an hour, followed by a transport from the Woodburn area to Salem, Oregon. The intervening transport time to Salem, defendant's booking, and defendant's lodging in a detention center while investigators and prosecutors worked the case clearly establishes that defendant's flight did not occur immediately after the Oregon State Police took him into custody.

As defendant notes, law enforcement and prosecutors were continuing to work on the prosecution of the case when defendant fled. In fact, defendant fled around the time a federal prosecutor was analyzing the case with law enforcement. Simply because defendant did not

necessarily have specific knowledge at the time of his flight as to or whether or not the United States would prosecute his conduct does not do away the fact that defendant ran for a reason – to avoid consequences, including prison time. Because defendant fled to avoid his prosecution, and ultimately his sentencing, an obstruction enhancement is appropriate here.

### B. The Charges

Defendant is charged in Count One the Superseding Information with possession with intent to distribute fentanyl. On June 10, 2026, defendant pleaded guilty to Count One of the Superseding Information.

## II. GOVERNMENT'S RECOMMENDED SENTENCE

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: August 26, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney